UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05422-SVW-RAO | Date | September 25, 2024 |
|---|---|---|---|
| Title | Omar Luna v. Rafael Antonio Rivas | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   The Court, on September 5, 2024, issued an order to show cause why this action should not be dismissed for lack of prosecution.

   To date, plaintiff has failed to respond.

   The Court orders the case dismissed.

                                                                                    :
                                                             Initials of Preparer   PMC